■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUDITH BRADY, Appellant.—Appeal by the defendant from a judgment of the County Court, Orange County (Patsalos, J.), rendered February 25, 1985, convicting her of attempted criminal possession of a controlled substance in the third degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROWN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Clemente, J.), rendered January 26, 1983, convicting him of rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.